FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-0475
_____

SPENCER BRIGGS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

On appeal from the Circuit Court for Columbia County.
Melissa Olin, Judge.

June 11, 2025

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

The Court denies any pending motions as moot.

LEWIS, NORDBY, and LONG, JJ., concur.

––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––

Spencer Briggs, pro se, Petitioner.

No appearance for Respondent.